UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————— X

AMANDA GRULLON,

                Plaintiff,

-against-

HAPISGAH OF FLUSHING INC.,
MOSHE LIFSHITZ, as an Individual

                Defendants.

———————————————————— X

Civil Action No.: 20-cv-02955 (RRM)(SJB)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AMANDA GRULLON ("Plaintiff") and HAPISGAH OF FLUSHING INC., and MOSHE LIFSHITZ (collectively "Defendants") through their respective undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action including all claims alleged therein as between the Plaintiff and Defendants is dismissed with prejudice, with each party to bear their own fees and costs; and

      IT IS FURTHER STIPULATED AND AGREED THAT the Plaintiff is precluded from bringing or pursuing any further claims under the Fair Labor Standards Act, the New York State Labor Law including the Wage Theft Prevention Act, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiff's Amended Complaint.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts with scanned PDF or Facsimile signatures treated as originals.

      This Court shall retain jurisdiction to enforce the Parties' Settlement Agreement and Release.

| | |
|---|---|
| Meltzer, Lippe, Goldstein & Breitstone, LLP<br>Attorneys for Defendants<br><br>By: _____<br>   Carmelo Grimaldi, Esq.<br>   190 Willis Avenue<br>   Mineola, New York 11501<br>   Tel: (516) 747-0300<br>   E-Mail: cgrimaldi@meltzerlippe.com | Raymond Nardo, P.C.<br>Attorneys for Plaintiff<br><br>By: _____<br>   Raymond Nardo, Esq<br>   129 Third Street<br>   Mineola, New York 11501<br>   Tel: (516) 248-2121<br>   E-Mail: raymondnardo@gmail.com |

**SO-ORDERED**

*Taryn A. Merkl*
Hon. Taryn A. Merkl (U.S.M.J.)  Dated: June 16, 2021
                                        Brooklyn, New York

15

4818-3597-3354, v. 2